# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | |
|---|---|
| DANIEL SCOTT BOWMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:16-cv-00773 |
| ) | Judge Trauger |
| SHAPIRO AND INGLE, LLP, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On August 3, 2016, the Magistrate Judge issued a Report and Recommendation (Docket No. 49), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motions to Dismiss filed by the two defendants (Docket Nos. 30, 32) are GRANTED, and this case is DISMISSED WITH PREJUDICE. All other pending motions shall be termed as moot.

This Order constitutes the final judgment in this case.

It is so **ORDERED**.

ENTER this 23rd day of August 2016.

_____
ALETA A. TRAUGER
U.S. District Judge